Hon. M. J. Pechman

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **INSTITUTE FOR WILDLIFE PROTECTION, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **GALE NORTON, et al.** <br><br> Defendants. | Civil No.  CV02-1404-P <br><br> *PROPOSED* ORDER GRANTING AN EXTENSION OF TIME FOR FILING OF PLAINTIFFS' FEES PETITON |

Hon. Hon. M. J. Pechman

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **INSTITUTE FOR WILDLIFE PROTECTION, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **GALE NORTON, et al.** <br><br> Defendants. | Civil No.  CV02-1404-P <br><br> ORDER GRANTING AN EXTENSION OF TIME FOR FILING OF PLAINTIFFS' FEES PETITON |

The above entitled Court having received and reviewed the parties joint request:

IT IS HEREBY ORDERED that the deadline for Plaintiffs' to file their motion for attorneys fees is extended until Jan.1 2006.

DATED November __28___, 2005,

/s Marsha J. Pechman
HONORABLE M. J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

//s//
_____

MICHAEL C. SUBIT, Wash. Bar No. 29189
Frank Rosen Freed Roberts, LLP
1200 Hoge Building 705 Second Ave.
Seattle, WA 98104-1729
(206) 682-6711 (voice)
(206) 682-0401 (facsimile)
Local Counsel, Attorney for Plaintiffs
Institute for Wildlife Protection and Dr. Herman

//s// (by DW, with permission)
_____

JAMES A. MAYSONETT, Trial Attorney
(D.C. Bar # 463856)
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0216 (voice)
(202) 305-0275 (facsimile)
United States Department of Justice
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief
SETH M. BARSKY, Assistant Chief
Attorneys for Defendants

//s//
_____

DON WEBB, Oregon Bar No. 97429
Institute for Wildlife Protection
2630 Elinor St.
Eugene, OR 97403
(541) 434-6630 (voice)
(541) 434-6702 (facsimile)
Lead Counsel, Attorney for Plaintiffs
Institute for Wildlife Protection and Dr. Herman